No. 464.  HOLT ET AL. v. VIRGINIA.  Supreme Court of Appeals of Virginia.  Certiorari granted.  *Melvin L. Wulf* and *Len W. Holt* for petitioners.  *Robert Y. Button,* Attorney General of Virginia, and *D. Gardiner Tyler,* Assistant Attorney General, for respondent.  █

No. 575.  UNITED STATES v. YAZELL.  C. A. 5th Cir.  Certiorari granted.  *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.  *J. V. Hammett* for respondent.  █

No. 602.  WALKER PROCESS EQUIPMENT, INC. v. FOOD MACHINERY & CHEMICAL CORP.  C. A. 7th Cir.  Certiorari granted.  *Edward A. Haight* and *Louis Robertson* for petitioner.  *Sheldon O. Collen* and *James W. Clement* for respondent.  *Solicitor General Cox* for the United States, as *amicus curiae,* in support of the petition.  █

No. 606.  INTERSTATE COMMERCE COMMISSION v. ATLANTIC COAST LINE R. CO. ET AL.  C. A. 5th Cir.  Certiorari granted.  *Robert W. Ginnane* and *Leonard S. Goodman* for petitioner.  *J. Edgar McDonald, Phil C. Beverly* and *Urchie B. Ellis* for respondents.  *John F. Donelan* and *John M. Cleary* for the National Industrial Traffic League, as *amicus curiae,* in support of the petition.  *Solicitor General Cox* filed a memorandum for the United States.  █

No. 626.  FEDERAL TRADE COMMISSION v. MARY CARTER PAINT CO. ET AL.  C. A. 5th Cir.  Certiorari granted.  *Solicitor General Cox* and *James McI. Henderson* for petitioner.  *David W. Peck* for respondents.  █